IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Thomas, Lonnie | Case Number: 04 B 32066 |
|---|---|---|
| | Thomas, Juanita | Judge: Goldgar, A. Benjamin |
| | Printed: 2/5/08 | Filed: 8/30/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: January 17, 2008
Confirmed: November 16, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 11,100.00 | |
| Secured: | | 1,698.25 |
| Unsecured: | | 6,187.70 |
| Priority: | | 0.00 |
| Administrative: | | 2,354.00 |
| Trustee Fee: | | 560.05 |
| Other Funds: | | 300.00 |
| Totals: | 11,100.00 | 11,100.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Stefans Stefans & Stefans | Administrative | 2,354.00 | 2,354.00 |
| 2. | Northshore Credit | Secured | 1,698.25 | 1,698.25 |
| 3. | Peoples Energy Corp | Unsecured | 505.14 | 133.57 |
| 4. | Internal Revenue Service | Unsecured | 1,129.11 | 2,776.83 |
| 5. | SBC | Unsecured | 776.88 | 1,910.50 |
| 6. | Resurgent Capital Services | Unsecured | 300.26 | 0.00 |
| 7. | State Farm Insurance Of Illinois | Unsecured | 555.77 | 1,366.80 |
| 8. | Advocate Health Care | Unsecured | | No Claim Filed |
| 9. | Macey & Aleman | Unsecured | | No Claim Filed |
| 10. | New Millenium Communication | Unsecured | | No Claim Filed |
| 11. | Sprint | Unsecured | | No Claim Filed |
| 12. | St Francis Hospital | Unsecured | | No Claim Filed |
| 13. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 14. | E-Care Payment Services | Unsecured | | No Claim Filed |
| 15. | Evergreen Emergency Service | Unsecured | | No Claim Filed |
| 16. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 17. | Midwestern Telecommunications | Unsecured | | No Claim Filed |
| 18. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 19. | Insure On The Spot | Unsecured | | No Claim Filed |
| 20. | SBC | Unsecured | | No Claim Filed |
| 21. | Instant Cash Advance | Unsecured | | No Claim Filed |
| 22. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 23. | First Consumers National Bank | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 7,319.41 | $ 10,239.95 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Thomas, Lonnie | Case Number: 04 B 32066 |
|---|---|---|
| | Thomas, Juanita | Judge: Goldgar, A. Benjamin |
| | Printed: 2/5/08 | Filed: 8/30/04 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 97.50 |
| 4% | 36.00 |
| 3% | 22.50 |
| 5.5% | 140.25 |
| 5% | 44.21 |
| 4.8% | 57.60 |
| 5.4% | 161.99 |
| | _____ |
| | $ 560.05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

